UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HILTON JAMES JACOB, JR. | CIVIL ACTION |
| VERSUS | NO. 21-1879 |
| SOUTHERN FIDELITY INSURANCE COMPANY | SECTION "R" (4) |

## ORDER

Plaintiff's complaint alleging claims under 42 U.S.C. § 1983 was referred to Magistrate Judge Karen Wells Roby for a Report and Recommendation ("R&R") and to conduct an evidentiary hearing if necessary. Magistrate Judge Roby subsequently recommended dismissal of the complaint pursuant to Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute.[1] Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc)*, superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Roby's R&R as its opinion.

---

[1] R. Doc. 5.

Accordingly, the Court orders plaintiff's complaint DISMISSED WITHOUT PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __10th__ day of February, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE